UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14cr0925-WQH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JONATHAN RAY BILLIET, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/17/2015

Nita L. Stormes
U.S. Magistrate Judge